dustries' brief, submitted with this motion, is filed.

### Rickey C. ROCCIA, Petitioner,

v.

### DEPARTMENT OF THE AIR FORCE, Respondent.

No. 03–3010.

United States Court of Appeals,
Federal Circuit.

Dec. 13, 2002.

### ORDER

Order Vacated, See 2002 WL 31939143.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Olivette BURTON, Petitioner,

v.

### UNITED STATES POSTAL SERVICE, Respondent.

No. 02–3363.

United States Court of Appeals,
Federal Circuit.

Dec. 13, 2002.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Robin E. BALL, Petitioner,

v.

### MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 02–3306.

United States Court of Appeals,
Federal Circuit.

Dec. 13, 2002.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re KAST, INC.**

No. 02–1626.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2002.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ROCKWOOD PIGMENTS NA, INC.** (formerly known as LaPorte Pigments, Inc.), and Chemische Werke Brockhues Ag, Plaintiffs–Appellees,

v.

**AXEL J., LP, Axel J., LLC, Axel J. Corporation, and Axel E. Jungk,** Defendants–Appellants.

No. 01–1227.

United States Court of Appeals, Federal Circuit.

Dec. 16, 2002.

